**Specializing in Luxury SUV Transportation**

**Get instant pricing and online reservations below**

*Airport*

*Weddings*

*Proms*

*Hourly*

*One-Way*

*Our Fleet*



**317-782-1944 or LSGLIMO@yahoo.com**

***Looking for a night out with a large party. Or you just want everyone together for your wedding or prom then our 14 passenger stretch Hummers allow you to do it in style. Or maybe you just want transportation with the room of a luxury SUV***

 



  

We accept all major credit cards

   

All reservations require a 20% deposit at the time of booking